**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**GENESIS HEALTHCARE SYSTEM,**

**Plaintiff,**

**v.**

**Civil Action 2:26-cv-1267**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

**AETNA HEALTH INC.,**

**Defendant.**

**ORDER**

This matter is before the Court on the motion of Defendant Aetna Health, Inc. ("Aetna"), for leave to file under seal the Hospital Services Agreement between Aetna and Plaintiff Genesis HealthCare System ("Genesis"), effective January 1, 2009, together with the November 5, 2024 Medicare Advantage Unilateral Amendment (the "Amendment") (collectively, the "Agreement"), as an exhibit to Aetna's Motion to Compel Arbitration and Stay Proceedings Pending Arbitration and Supporting Memorandum of Law (the "Motion to Compel"). (ECF No. 11) Therein, Aetna represents that the Agreement contains sensitive business information, including negotiated reimbursement terms, payment methodologies, and other commercially sensitive information that Aetna does not publicly disclose and does not wish to publicly disclose. (*Id.* at 2.) Aetna represents that public disclosure of these terms would give competing health plans, competing providers, and other counterparties insight into each party's pricing and negotiating positions, causing competitive harm to both Aetna and Genesis. (*Id.* at 3.)

Based on these representations, the undersigned concludes that the Agreement contains sensitive and confidential information that should be shielded from public access. Accordingly, the Motion to Seal (ECF No. 11) is **GRANTED**. Aetna is **ORDERED** to file **UNDER SEAL** an unredacted version of the Agreement as an exhibit to Aetna's Motion to Compel. The Agreement shall remain under seal for the duration of this action, subject to further order of the Court. Aetna is further **ORDERED** to file on the public docket, **WITHIN SEVEN DAYS** of making its filing under seal, a redacted version of the Agreement that redacts only the confidential information described in the Motion to Seal.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE